

FILED
JUL 1 4 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:15-MJ-136 |
| | ) (Misdemeanor) |
| JASON A. SMITH | ) VA 19 |
| | ) |
| | ) Court Date: July 17, 2015 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 4826187

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 11, 2015, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, JASON A. SMITH, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-266 and 270(A)).

### COUNT TWO
(Traffic Infraction) – Ticket No. 4826184

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about July 11, 2015, at Fort Eustis, Virginia on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JASON A. SMITH, did fail to move only in the direction designated for one-way traffic. (In violation of Title 32, Code of Federal Regulations, Section 634.25 assimilating Code of Virginia, Section 46.2-806.)

## COUNT THREE
(Traffic Infraction) Ticket No. 4826185

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about July 11, 2015, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JASON A. SMITH, did unlawfully operate a motor vehicle without an vehicle operator's license in his possession. (In violation of Title 32, Code of Federal Regulation, Section 634.25, assimilating Code of Virginia, Section 46.2-104.)

By:

DANA J. BOENTE
UNITED STATES ATTORNEY

JUSTIN E. ISOM
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Justin.e.isom.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Jul 14, 2015, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant JASON A. SMITH .

JUSTIN E. ISOM
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Va 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Justin.e.isom.mil@mail.mil